No. 4752.—THE PORTO RICO RACING CORPORATION, aplda., *v.* COMISIÓN HÍPICA INSULAR, aplte., y LAS MONJAS RACING CORPORATION, interventora y aplda.—C. D. San Juan. Junio 23, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Confirmada por los fundamentos del caso *Porto Rico Racing Corporation* v. *Comisión Hípica,* 38 D.P.R. 280.

No. 96.—EX PARTE VALLDEJULI a nombre de FERNANDO GALLARDO DÍAZ, peticionario. Noviembre 4, 1930.

No siendo suficientes las razones alegadas para concluir que es indispensable que el auto solicitado se expida originalmente por este tribunal; visto lo dispuesto en las reglas 66 y 69 del Reglamento de esta corte; no ha lugar.

El Juez Asociado Señor Texidor no intervino.